**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cassandra L. Morris |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1:21-bk-10379 |

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 5 4 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 1,695.98

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 624.86    New escrow payment: $ 819.12

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Cassandra L. Morris | Case number (if known) | 1:21-bk-10379 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 09/16/2021

Print: Molly Slutsky Simons
     First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
        Number      Street

Loveland                    OH    45140
City                        State  ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

CASSANDRA MORRIS
7477 FITZROY CT
WEST CHESTER OH  45241

Analysis Date: September 10, 2021                                                                                                                                   Final
Property Address: 7477 FITZROY COURT  CINCINNATI, OH 45241                                                                                     Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Apr 2021 to Oct 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 876.86 | 876.86 |
| Escrow Payment: | 624.86 | 819.12 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,501.72 | $1,695.98 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2020 |
| Escrow Balance: | (12,506.86) |
| Anticipated Pmts to Escrow: | 11,872.34 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($634.52) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,471.22 | (10,488.33) |
| Apr 2021 | 624.86 | | 134.44 | 134.44 | * | Forced Place Insur | 1,961.64 | (10,622.77) |
| May 2021 | 624.86 | | 134.44 | 134.44 | * | Forced Place Insur | 2,452.06 | (10,757.21) |
| Jun 2021 | 624.86 | | 134.44 | 134.44 | * | Forced Place Insur | 2,942.48 | (10,891.65) |
| Jun 2021 | | 776.29 | | | * | Escrow Only Payment | 2,942.48 | (10,115.36) |
| Jul 2021 | 624.86 | | 134.44 | | * | Forced Place Insur | 3,432.90 | (10,115.36) |
| Jul 2021 | | | | 2,795.36 | * | County Tax | 3,432.90 | (12,910.72) |
| Jul 2021 | | | | 4,091.57 | * | Homeowners Policy | 3,432.90 | (17,002.29) |
| Aug 2021 | 624.86 | | 2,942.49 | | * | County Tax | 1,115.27 | (17,002.29) |
| Aug 2021 | | 4,495.43 | 134.44 | | * | Forced Place Insur | 980.83 | (12,506.86) |
| Sep 2021 | 624.86 | | 134.44 | | * | Forced Place Insur | 1,471.25 | (12,506.86) |
| Oct 2021 | 624.86 | | 134.44 | | * | Forced Place Insur | 1,961.67 | (12,506.86) |
| | | | | | | Anticipated Transactions | 1,961.67 | (12,506.86) |
| Sep 2021 | | 11,247.48 | | | | | | (1,259.38) |
| Oct 2021 | | 624.86 | | | | | | (634.52) |
| | $4,374.02 | $17,144.06 | $3,883.57 | $7,290.25 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 3,883.57.  Under Federal law, your lowest monthly balance should not have exceeded 1,249.71 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

silent on this issue.

Analysis Date: September 10, 2021                                                                                                              Final
Borrower: CASSANDRA MORRIS                                                                                                                Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (634.52) | 3,276.46 |
| Nov 2021 | 819.12 | | | 184.60 | 4,095.58 |
| Dec 2021 | 819.12 | | | 1,003.72 | 4,914.70 |
| Jan 2022 | 819.12 | | | 1,822.84 | 5,733.82 |
| Feb 2022 | 819.12 | | | 2,641.96 | 6,552.94 |
| Mar 2022 | 819.12 | 2,942.49 | County Tax | 518.59 | 4,429.57 |
| Apr 2022 | 819.12 | | | 1,337.71 | 5,248.69 |
| May 2022 | 819.12 | | | 2,156.83 | 6,067.81 |
| Jun 2022 | 819.12 | | | 2,975.95 | 6,886.93 |
| Jul 2022 | 819.12 | | | 3,795.07 | 7,706.05 |
| Aug 2022 | 819.12 | 2,795.36 | County Tax | 1,818.83 | 5,729.81 |
| Aug 2022 | | 4,091.57 | Homeowners Policy | (2,272.74) | 1,638.24 |
| Sep 2022 | 819.12 | | | (1,453.62) | 2,457.36 |
| Oct 2022 | 819.12 | | | (634.50) | 3,276.48 |
| | $9,829.44 | $9,829.42 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,638.24. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,638.24 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (634.52). Your starting balance (escrow balance required) according to this analysis should be $3,276.46. This means you have a shortage of 3,910.98. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 9,829.42. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: September 10, 2021
Borrower: CASSANDRA MORRIS

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 819.12 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $819.12 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:21-bk-10379 |
| Cassandra L. Morris | Chapter 13 |
| Debtor. | Judge Jeffery P. Hopkins |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on September 16, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on September 16, 2021 addressed to:

    Cassandra L. Morris, Debtor
    7477 Fitzroy Ct.
    Cincinnati, OH 45241

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor